CARMEN ALICIA CARRADERO, representada por su madre, ANDREA CARRADERO, demandante y apelada, *v.* JUAN LEBRÓN, demandado y apelante.

Núm. 8145.—*Sometido:* Febrero 19, 1941. *Resuelto:* Febrero 27, 1941.

*F. González Fagundo,* abogado del apelante; *Benjamín Ortiz,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR DE JESÚS emitió la opinión del tribunal.

Este recurso se estableció contra la sentencia que declaró a la apelada hija natural reconocida del apelante. La causa de acción está basada en que el demandado y apelante Juan Lebrón, vivió en concubinato con Andrea Carradero y que de estas relaciones nació la demandante; que cuando la demandante fué concebida y durante el embarazo de su madre, el apelante y Andrea Carradero vivían en concubinato; que durante la concepción y nacimiento de la niña tanto Lebrón como Andrea Carradero eran solteros y no tenían impedimento alguno para contraer matrimonio, y, por último, que después de nacida la niña el apelante la trataba como hija suya.

La prueba es contradictoria y el propio apelante así lo acepta en su alegato, sin que haya alegado y demostrado que la corte inferior, al dirimir el conflicto en la forma en que lo hizo, actuara movida por pasión, prejuicio o parcialidad o cometiera error manifiesto en la apreciación de la prueba. Hemos examinado la transcripción de evidencia y no tenemos duda alguna de que la prueba de la demandante sostiene sus alegaciones. Arguye, sin embargo, el apelante, que la sentencia es contraria a derecho porque de acuerdo con la prueba de la propia demandante cuando ésta nació, el apelante y la madre de la niña no vivían en concubinato, sosteniendo el apelante que ese requisito es indispensable para que pueda prosperar la acción de filiación cuando

se basa en la relación de concubinato; pero esta cuestión ha sido ya definitivamente resuelta por este tribunal en el caso de *Estela* v. *Sucn. Medraño,* 44 D.P.R. 149, y el apelante no nos ha convencido de que la jurisprudencia allí establecida sea errónea.

*Procede, por lo expuesto, desestimar el recurso y confirmar la sentencia apelada.*

El Juez Asociado Sr. Todd, Jr., no intervino.